IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DESTINATION MATERNITY | ) Case No. 19-12256 (BLS) |
| CORPORATION, *et al.*,[1] | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 3, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME), BFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801[2]**

## CONTINUED MATTER:

1.  Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal the Declaration of Stephen Coulombe in Support of Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 328, filed on November 26, 2019]

    Response Deadline: December 3, 2019 at 8:00 a.m. (ET)

    Response Received:

    A.  Informal comments from the Office of the United States Trustee

    Related Documents:

    B.  [SEALED] Declaration of Stephen Coulombe in Support of Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 326, filed on November 26, 2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Destination Maternity Corporation (5573); DM Urban Renewal, LLC (N/A); and Mothers Work Canada, Inc. (4780). The location of the Debtors' principal place of business is 232 Strawbridge Drive, Moorestown, New Jersey 08057.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

C.  [REDACTED] Declaration of Stephen Coulombe in Support of Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 327, filed on November 26, 2019]

D.  Motion to Shorten Time for Notice of (I) Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan and (II) Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal the Declaration of Stephen Coulombe in Support of Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 329, filed on November 26, 2019]

Status: This matter is adjourned to the omnibus hearing on December 12, 2019 at 9:00 a.m. (ET).

**POTENTIAL MATTER GOING FORWARD:**

2.  Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 325, filed on November 26, 2019]

    Response Deadline: December 3, 2019 at 8:00 a.m. (ET)

    Responses Received: None to date.

    Related Documents:

    A.  [SEALED] Declaration of Stephen Coulombe in Support of Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 326, filed on November 26, 2019]

    B.  [REDACTED] Declaration of Stephen Coulombe in Support of Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 327, filed on November 26, 2019]

    C.  Motion to Shorten Time for Notice of (I) Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan and (II) Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal the Declaration of Stephen Coulombe in Support of Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 329, filed on November 26, 2019]

<u>Status</u>: The Debtors have requested that the Court hear this matter on shortened notice. This matter will go forward if the Court enters an order granting the Debtors' motion to shorten notice.

Dated: November 27, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (DE Bar No. 3407)
Kerri K. Mumford (DE Bar No. 4186)
Jennifer L. Cree (DE Bar No. 5919)
919 North Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:     (302) 467-4400
Facsimile:       (302) 467-4450
Email:             landis@lrclaw.com
                      mumford@lrclaw.com
                      cree@lrclaw.com

- and –

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (Admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:       (212) 446-4900
Email:             christopher.greco@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*