**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DESTINATION MATERNITY | ) | Case No. 19-12256 (BLS) |
| CORPORATION, *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Ref. No. 253, 398** |
|  | ) |  |

**NOTICE OF CANCELLATION OF AUCTION AND WINNING BIDDER**

**PLEASE TAKE NOTICE** that on November 14, 2019 the Court entered the *Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [D.I. 253] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that on December 3, 2019, the Court entered the *Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II0 Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief* [D.I. 398] (the "Stalking Horse Order").

**PLEASE TAKE FURTHER NOTICE** that the Auction scheduled for **December 9, 2019 at 9:00 a.m. (Eastern Daylight Time)** for the sale of substantially all of the Debtor's assets has been cancelled.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Destination Maternity Corporation (5573); DM Urban Renewal, LLC (N/A); and Mothers Work Canada, Inc. (4780).  The location of the Debtors' principal place of business is 232 Strawbridge Drive, Moorestown, New Jersey 08057.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bid Procedures Order or the Stalking Horse Order.

{1258.002-W0059201.}

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Stalking Horse APA is the Winning Bid and the Stalking Horse Bidder is the Winning Bidding.

Dated: December 9, 2019

Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (DE Bar No. 3407)
Kerri K. Mumford (DE Bar No. 4186)
Jennifer L. Cree (DE Bar No. 5919)
919 North Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:    (302) 467-4450
Email:         landis@lrclaw.com
               mumford@lrclaw.com
               cree@lrclaw.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         christopher.greco@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*