UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Destination Maternity Corporation et al.

Case No. 19-12256
Reporting Period: 1/5/2020-2/1/2020

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

David Helkey
Signature of Debtor                                    3/5/20
                                                        Date

David Helkey
Signature of Joint Debtor                              3/5/20
                                                        Date

Signature of Authorized Individual*                    3/5/20
                                                        Date

David Helkey                                           COO/CFO
Printed Name of Authorized Individual                  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

1

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-1**
**Consolidated Statement of Cash Flows (unaudited, in $ in 000s)**

|  | Fiscal January | Fiscal December | Fiscal November | Cumulative Since Filing |
|---|---:|---:|---:|---:|
| **Cash Flows from Operating Activities** | | | | |
| Net income | $ (3,066) | $ (29,323) | $ (10,653) | $ (43,041) |
| Adjustments to reconcile net income to net cash provided by: | | | | |
| operating activities | | | | |
| Depreciation and amortization | - | 0 | 1,462 | 1,462 |
| Stock-based compensation expense | - | 8 | 65 | 73 |
| Loss on impairment of long-lived assets | - | - | - | - |
| (Gain) loss on disposal of assets | (87) | 18,303 | 3,703 | 21,918 |
| Grow NJ tax benefit | 2,671 | (0) | (207) | 2,464 |
| Amortization of deferred financing costs | | - | 448 | 448 |
| Changes in assets and liabilities: | | | | |
| Decrease (increase) in-- | | | | |
| Trade receivables | 6,523 | (422) | (1,249) | 4,852 |
| Inventories | - | 57,602 | 10,255 | 67,857 |
| Prepaid expenses and other current assets | 5,658 | (3,626) | 4,767 | 6,799 |
| Other non-current assets | (8,972) | 1,316 | (1,316) | (8,972) |
| Increase (decrease) in-- | | | | |
| Accounts payable, accrued expenses and other liabilities | (485) | 1,888 | (2,201) | (798) |
| Deferred rent and other non-current liabilities | | | - | |
| **Net cash used by operating activities** | **2,243** | **45,746** | **5,074** | **53,062** |
| **Cash Flows from Investing Activities** | | | | |
| Capital expenditures | - | (415) | - | (415) |
| **Net cash used in investing activities** | **-** | **(415)** | **-** | **(415)** |
| **Cash Flows from Financing Activities** | | | | |
| Decrease in cash overdrafts | (252) | - | (2,183) | (2,435) |
| Decrease in line of credit borrowings | - | (20,724) | 1,325 | (19,399) |
| Repayment of long-term debt | - | (21,973) | (510) | (22,483) |
| **Net cash provided by financing activities** | **(252)** | **(42,697)** | **(1,368)** | **(44,317)** |
| Effect of exchange rate changes on cash and cash equivalents | | | | |
| **Net Increase in Cash and cash Equivalents** | 1,991 | 2,634 | 3,706 | 8,330 |
| Cash and Cash Equivalents, Beginning of Period | 12,777 | 10,143 | 6,437 | 6,437 |
| **Cash and Cash Equivalents, End of Period** | $ 14,767 | $ 12,777 | $ 10,143 | $ 14,767 |

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-1**
**Total Disbursements by Filed Legal Entity (unaudited)**

| Legal Entity[1] | Case Number | Disbursements | (-) Transfers to Debtor in Possession Accounts | (+) Estate Disbursements made by Outside Sources |
|---|---|---|---|---|
| *For the Period of January 5, 2020 to February 1, 2020* | | | | |
| Destination Maternity Corporation | 19-12256 | 18,315,307 | | |
| Mother's Work Canada, Inc.[2] | 19-12258 | 744,486 | | |
| DM Urban Renewal, LLC | 19-12257 | 268,455 | | |

UST Fees: Destination Maternity Corporation
1% of Disbursements        183,153
Cap                                      250,000
**Total: Destination Maternity Corporation (USD)**    $  **183,153**

UST Fees: Mother's Work Canada, Inc.
1% of Disbursements        7,445
Cap                                      250,000
**Total: Mother's Work Canada, Inc.**    $  **7,445**

UST Fees: DM Urban Renewal
1% of Disbursements        2,685
Cap                                      250,000
**Total: Mother's Work Canada, Inc.**    $  **2,685**

[1] Destination Maternity Apparel, Private Limited (India) has no value to the Debtors, and had no disbursement activity over the reporting period.
[2] Total disbursements in CAD of $968,122.67 converted to USD using spot rate as of 1/03/2020 of 0.769.

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-1a**
**Bank Reconciliations (unaudited)**

| G/L Acct | Account Name | Bank Acct # | Debtor | Description | Bank Balance ($)[1,2] | Cash In Transit | Outstanding Checks | Ledger Balance ($)[3] | As of Date | Reconciled? |
|---|---|---|---|---|---|---|---|---|---|---|
| 103000 | Wells Fargo | 2.00041E+12 | Destination Maternity Corporation | Cash Collateral, Store Depository, Payroll, Escrow, etc. | $ 12,562,309 | | | | 2/1/2020 | |
| 108001 | Bank of America | 1417650388 | Destination Maternity Corporation | Store Depository, Professional Fee/Utility deposit | $ 1,272,277 | | | | 2/1/2020 | |
| 108003 | Cigna Dental | 30875393 | Destination Maternity Corporation | Dental Claims | | | | | 2/1/2020 | |
| 108004 | M&T Bank | 9835122301 | Destination Maternity Corporation | Store Depository | $ 1,133 | | | | 2/1/2020 | |
| 108006 | Suntrust | 1000087236567 | Destination Maternity Corporation | Store Depository | $ 1,299 | | | | 2/1/2020 | |
| 108007 | Wells Fargo | 4801901612 | Destination Maternity Corporation | Store Depository | $ - | | | | 2/1/2020 | |
| 108009 | Fifth Third Bank | 99943809 | Destination Maternity Corporation | Store Depository | $ 1,923 | | | | 2/1/2020 | |
| 108010 | First Tennessee Bank | 1.70001E+12 | Destination Maternity Corporation | Store Depository | $ 1,394 | | | | 2/1/2020 | |
| 108011 | Key Bank | 3.59681E+11 | Destination Maternity Corporation | Store Depository | $ 4,792 | | | | 2/1/2020 | |
| 108014 | Regions | 5325744305 | Destination Maternity Corporation | Store Depository | $ 1,847 | | | | 2/1/2020 | |
| 108016 | US Bank | 576763270 | Destination Maternity Corporation | Store Depository | $ 1,946 | | | | 2/1/2020 | |
| 108017 | JP Morgan | 640846614 | Destination Maternity Corporation | Store Depository | $ 1,750 | | | | 2/1/2020 | |
| 108024 | Citizens | 6219989752 | Destination Maternity Corporation | Store Depository | $ 1,692 | | | | 2/1/2020 | |
| 108025 | Capital One | 234300507 | Destination Maternity Corporation | Store Depository | $ - | | | | 2/1/2020 | |
| 108026 | Compass | 23170663 | Destination Maternity Corporation | Store Depository | $ 1,049 | | | | 2/1/2020 | |
| 108027 | First Citizens | 7411224778 | Destination Maternity Corporation | Store Depository | $ 1,620 | | | | 2/1/2020 | |
| 108030 | PNC Bank | 8611797369 | Destination Maternity Corporation | Store Depository | $ 1,018 | | | | 2/1/2020 | |
| 108031 | BB & T | 153327130 | Destination Maternity Corporation | Store Depository | $ 2,925 | | | | 2/1/2020 | |
| 100000-00-00 | Main Source Bank | 5028809 | Destination Maternity Corporation | Store Depository | $ 7,909 | | | | 2/1/2020 | |
| 100000-00-00 | Wrentham Cooperative Bank | 16006975 | Destination Maternity Corporation | Store Depository | $ 4,857 | | | | 2/1/2020 | |
| 100000-00-00 | Premier Bank Minnesota | 360102136 | Destination Maternity Corporation | Store Depository | $ 2,484 | | | | 2/1/2020 | |
| 100000-00-00 | Five Star Bank | 272020591 | Destination Maternity Corporation | Store Depository | $ - | | | | 2/1/2020 | |
| 100000-00-00 | Premier Bank | 140636 | Destination Maternity Corporation | Store Depository | $ 1,574 | | | | 2/1/2020 | |
| 100000-00-00 | First Merit Bank-Huntington | 1508317689 | Destination Maternity Corporation | Store Depository | $ - | | | | 2/1/2020 | |
| 100000-00-00 | Pinnacle Bank | 2400567446 | Destination Maternity Corporation | Store Depository | $ 3,116 | | | | 2/1/2020 | |
| 100000-00-00 | Commerce | 551833227 | Destination Maternity Corporation | Store Depository | $ - | | | | 2/1/2020 | |
| 100000-00-00 | People's United Bank | 16004073 | Destination Maternity Corporation | Store Depository | $ - | | | | 2/1/2020 | |
| 100000-00-00 | Scotia | 2302000936 | Destination Maternity Corporation | Store Depository | $ 7,767 | | | | 2/1/2020 | |
| 100000-00-00 | IBC | 1604080531 | Destination Maternity Corporation | Store Depository | $ 5,427 | | | | 2/1/2020 | |
| 100000-00-00 | Valley National Bank | 41332032 | Destination Maternity Corporation | Store Depository | $ 6,672 | | | | 2/1/2020 | |
| 108018-08 | TD Bank Canada | 0701-5278001 | Mother's Work Canada, Inc. | Store Depository Canadian $ | $ 32,367 | | | | 2/1/2020 | |
| 108018-08 | Pace Bank | 1106805 | Mother's Work Canada, Inc. | Store Depository Canadian $ | $ 43,591 | | | | 2/1/2020 | |
| 108018-08 | Bank of Montreal | 0002-8947-861 | Mother's Work Canada, Inc. | Store Depository Canadian $ | $ 420,566 | | | | 2/1/2020 | |
| 108000-16 | Wells Fargo | 4125496778 | DM Urban Renewal, LLC | DM Urban Renewal Main Account | $ - | | | | 2/1/2020 | |
| **Total** | | | | | **$ 14,395,303** | **$ -** | **$ -** | **$ -** | | |

[1] Amounts listed represent consolidated balances held at each respective institution.

[2] Does not include amounts in cash drawers.

**Destination Maternity Corporation**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-1b**
**Total Disbursements to Retained Professionals (unaudited, in $ in 000s)**

### For the Period of January 5, 2020 to February 1, 2020

| Retained Professionals | | Approved Amounts[1] | Disbursements |
|---|---|---|---|
| Berkeley Research Group LLC | Debtors' Financial Adivsor | - | 1,223 |
| Kirkland & Ellis LLP | Debtors' Counsel | - | 1,017 |
| Greenhill & Co | Debtors' Investment Bank | - | - |
| Prime Clerk | Debtors' Claims Agent | - | 440 |
| A&G Realty Partners, LLC | Debtors' Real Estate Advisor | - | - |
| KPMG LLP | Debtors Tax Advisors | - | |
| Landis Rath & Cobb LLP | Debtors' Local Counsel | - | 363 |
| Province | UCC Financial Advisor | - | - |
| Cooley LLP | UCC Counsel | - | - |
| Cole Schotz P.C. | UCC Local Counsel | - | - |
| **Total** | | **$       -** | **$   3,043** |

[1] Approved amounts represent the amounts approved by Court orders where applicable.

.

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-2**
**Consolidated Statement of Income (unaudited, in $ in 000s)**

|  | Fiscal January |
|---|---:|
| Net sales | $ 18,350 |
| Cost of goods sold | $ 1,487 |
| **Gross profit** | **16,863** |
|  |  |
| Selling, general and administrative expenses | 12,529 |
| Store closing, asset impairment and asset disposal expenses | 0 |
| Other charges | - |
|  | 5,235 |
|  |  |
| **Operating income (loss)** | **(901)** |
| Interest expense, net | 173 |
| Loss on extinguishment of debt | 1,961 |
| **Income (loss) before income taxes** | **(3,035)** |
| Income tax provision | 31 |
| **Net income (loss)** | **$ (3,066)** |

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-3**
**Consolidated Balance Sheet (unaudited, in $ in 000s)**

### ASSETS

|  | January |
|---|---:|
| Current Assets | |
|     Cash and Cash Equivalents | $ 14,767 |
|     Trade Receivables | 1,606 |
|     Inventories | - |
|     Prepaid expenses and other Current assets | 3,763 |
| Total current assets | 20,136 |
| Property, Plant and Equipment, net | - |
| Other assets | |
|     ROU Assets | - |
|     Deferred financing costs, net | - |
|     Other Intangibles | - |
|     Deferred income taxes | 2,175 |
|     Other non-current assets | 11,280 |
| Total other assets | 13,455 |
| **Total assets** | **$ 33,591** |

### LIABILITIES AND STOCKHOLDERS EQUITY

| | |
|---|---:|
| Current Liabilities | |
|     Line of credit borrowings | $ - |
|     Current portion of long-term debt | 727 |
|     Accounts payable - pre-petition | 36,934 |
|     Accounts payable - post-petition | 4,163 |
|     Accrued expenses and other current liabilities | 21,430 |
|     Total current Liabilities | 63,254 |
| Long-term debt | - |
| Deferred rent and other non-current liabilities | 168 |
|     Total liabilities | 63,423 |
| Stockholders' equity | |
|     Common stock | 142 |
|     Additional paid-in capital | 108,209 |
|     Retained earnings (accumulated deficit) | (138,109) |
|     Accumulated other comprehensive loss | (74) |
| Total stockholders' equity | (29,832) |
| **Total liabilities and stockholders' equity** | **$ 33,591** |

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-4**
**Status of Postpetition Taxes (unaudited, $ in 000s)**

| Federal, State, and Local Taxes | Tax Liability as of Petition | Amount Withheld or Accrued | Amount Paid | Date(s) Paid | Tax Liability at January Month End |
|---|---|---|---|---|---|
| | For the period from January 5, 2020 to February 1, 2020 | | | | |
| Withholding | $ (151) | $ (807) | $ 562 | Various | $ (245) |
| Sales | $ (2,511) | $ (3,619) | $ 1,048 | Various | $ (2,570) |
| Excise | $ - | $ - | $ - | $ - | $ - |
| Real Property | $ - | $ - | $ - | $ - | $ - |
| Personal Property | $ - | $ - | $ - | $ - | $ - |
| FICA-Employee | $ - | $ (445) | $ 314 | $ - | $ (131) |
| FICA-Employer | $ - | $ (443) | $ 314 | $ - | $ (129) |
| Unemployment | $ - | $ (142) | $ 101 | $ - | $ (41) |
| Income | $ - | $ - | $ - | $ - | $ - |
| Other | $ - | $ - | $ - | $ - | $ - |
| **Total Taxes** | **$ (2,662)** | **$ (5,455)** | **$ 2,339** | **$ -** | **$ (3,116)** |

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-4**
**Consolidated Summary of Unpaid Post-Petition Debts (unaudited, $ in 000s)**

| **Destination Maternity Corporation, 19-12256 As of February 1, 2020** | |
|---|---:|
| **Post-Petition Accounts Payable Aging** | **Amount[1]** |
| Current (based on agreed upon terms) | 768 |
| Past Due: | |
| 0-30 | 1,391 |
| 30-60 | 1,427 |
| 60-90 | 537 |
| 91+ | 40 |
| **Total Accounts Payable (1)** | **$ 4,163** |

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-5**
**Consolidated Accounts Receivable Aging (unaudited, $ in 000s)**

| Accounts Receivable Reconciliation | | As of Fiscal January Month End |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 4,766 |
| + Amounts billed during the period | $ | 689 |
| - Amounts collected during the period | $ | (2,104) |
| Total Accounts Receivable at the end of the reporting period | **$** | **3,352** |

| As of February 1, 2020 | | |
|---|---|---|
| Accounts Receivable Aging [1] | | Amount |
| Future Due | $ | 2,519 |
| 0-30[1] | $ | 405 |
| 30-60 | $ | 406 |
| 60-90 | $ | (24) |
| 91+ | $ | 45 |
| Total Accounts Receivable | $ | 3,352 |
| Amount Considered Uncollectible (Bad Debt) | | - |
| Accounts Receivable, Net | **$** | **3,352** |

[1] Negative amount represents customer over-payment.

**Destination Maternity Corporation et. al**
**DEBTORS AND DEBTORS IN POSSESSION**
**Form: MOR-5**
**Questionnaire**

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.<br>During this period, the Debttors sold the Designated Assets as defined in the Asset Purchase Agreement between Debtors and Marquee Brands, LLC.<br>*During this period, the Debtors sold inventory at 235 of debtors closing stores at prices lower than in the ordinary course of business (1).* | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been filed timely? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability, and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

| Account Name | Purpose | Business | Acct Number | Bank Name | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(1) Store Closing sales conducted in accordance with Order (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-Insiders Thereunder and (IV) Granting Related Relief.